FILED
CLERK, U.S. DISTRICT COURT

March 17, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TERRY FABRICANT, individually and on behalf of all others similarly situated, | Case No.: 2:20-cv-11752-SB-PVC |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE RE: DISMISSAL |
| vs. | |
| ENVISION CAPITAL GROUP LLC, and DOES 1 through 10, inclusive, and each of them, | |
| Defendants. | |

Plaintiff filed a notice of settlement on March 16, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on May 21, 2021 at 8:30 a.m.  If the parties file a proposed order to dismiss the entire action with prejudice by May 14, 2021, the OSC shall be taken off calendar without further notice.  Otherwise, the parties shall appear at the OSC hearing.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

**NOTICE**: The parties are advised that *the Court will not continue the OSC hearing*, absent a detailed, compelling showing why the settlement has not

been completed, and the parties should be prepared for the Court to set a trial date.

Dated:  March 17, 2021

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge